# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128827

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RICK BEAVERS,
       Plaintiff-Appellant,

v

SC: 128827
COA: 260475
Wayne CC: 03-309389-NO

BARTON MALOW COMPANY,
JOMAR BUILDING COMPANY, INC.,
SPILLIS CARDELLA, DMJM, a/k/a
DMJM, INC., and ROBERT SMITH,
       Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the April 13, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

p1121